IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BOBBY L. MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:16-cv-00061 |
| | § | |
| VHS HARLINGEN HOSPITAL COMPANY, | § | |
| LLC, VB HARLINGEN HOLDINGS, | § | |
| INDIVIDUALLY AND D/B/A VALLEY | § | |
| BAPTIST MEDICAL CENTER, AND | § | |
| SYNDICATED OFFICE SYSTEMS, LLC, | § | |
| INDIVIDUALLY AND D/B/A CENTRAL | § | |
| FINANCIAL CONTROL, | § | |
| | § | |
| Defendants. | § | |

**CORPORATE DISCLOSURE STATEMENT**

Defendants VHS Harlingen Hospital Company, LLC, VB Harlingen Holdings f/k/a Valley Baptist Medical Center, and Syndicated Office Systems, LLC, d/b/a Central Financial Control (collectively, "Defendants") file this Corporate Disclosure Statement and respectfully show the Court the following:

1. VHS Harlingen Hospital Company, LLC, is a privately held company that is wholly owned by its parent company, VHS Valley Health System, LLC. VHS Valley Health System, LLC is not publicly traded, and it is wholly owned by VHS Valley Management Company, Inc., which in turn is wholly owned by Vanguard Health Financial Company, LLC, which in turn is wholly owned by Vanguard Health Management, Inc., which in turn is wholly owned by Vanguard Health Holding Company II, LLC, which in turn is wholly owned by Vanguard Health Holding Company I, LLC, which in turn is wholly owned by Vanguard Health

Systems, Inc., which in turn is wholly owned by Tenet Healthcare Corporation, which is a publicly traded company.

2. VB Harlingen Holdings f/k/a Valley Baptist Medical Center is a privately held company that is wholly owned by its parent company, Valley Baptist Service Corporation. No publicly traded company owns 10% or more of VB Harlingen Holdings' stock.

3. Syndicated Office Systems, LLC, d/b/a Central Financial Control is a privately held company that is wholly owned by its parent company, Conifer Revenue Cycle Solutions, LLC. Conifer Revenue Cycle Solutions, LLC, is not publicly traded, and it is wholly owned by Conifer Health Solutions, LLC, which in turn is owned by Conifer Holdings, Inc. and Catholic Health Initiatives, LLC. Conifer Holdings, Inc. is owned by Tenet Healthcare Corporation, which is a publicly traded corporation.

Respectfully submitted,

Dated:  April 14, 2016

    /s/ *Yvonne K. Puig*
Yvonne K. Puig*
State Bar No. 16385400
yvonne.puig@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701
Telephone:     (512) 536-2450
Facsimile:     (512) 536-4598

*Attorney-in-Charge for Defendants*

OF COUNSEL:

NORTON ROSE FULBRIGHT US LLP
Daphne Andritsos Calderon*
  State Bar No. 00793266
  daphne.calderon@nortonrosefulbright.com
Stephen Calhoun
  State Bar No. 24069457
  S.D. Tex. No. 1302849
  stephen.calhoun@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701
Telephone:     (512) 536-2450
Facsimile:     (512) 536-4598

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I certify that on April 14, 2016, the foregoing document was served through the Court's CM/ECF system and by Certified Mail, R.R.R., to the following counsel.

    William J. Akins
    FISHERBROYLES, LLP
    100 Congress Avenue, Suite 2000
    Austin, Texas 78701
    (214) 924-9504
    (214) 481-3768 (fax)
    william.akins@fisherbroyles.com

    *Counsel for Plaintiff*

     */s/ Yvonne K. Puig*
    Yvonne K. Puig

49826476.4